JOHNSON WHOLESALE PERFUME CO., INC., ET AL.
*vs.*
NATIONAL SURETY CORPORATION

Superior Court      New Haven County      File No. 65733

MEMORANDUM FILED FEBRUARY 14, 1945.

*Herman M. Levy,* of New Haven, for the Plaintiffs.

*Stoddard, Persky & Eagan,* of New Haven, for the Defendant.

WYNNE, J. The complaint alleges that the thefts were spread over a period of two years ending June 8, 1944. The same opportunities for investigation are open to the defendant as to the plaintiffs. The items of loss are subject to proof. The court can see no way in which the defendant is prejudiced by the complaint as it stands, nor any reason to compel the insured to do more than they allege. The motion for more specific statement is denied.